UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DESHAUN PERRY TUCKER,

    Plaintiff,

v.                                          Case No: 8:21-cv-2776-KKM-JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

Plaintiff moves for a clerk's default against Defendant for failure to respond to the amended complaint. (Dkt. 23). On September 2, 2022, the court ordered Defendant to respond to the amended complaint or show good cause for failure to respond. (Dkt. 21.) Defendant thereafter filed an answer on September 2, 2022. (Dkt. 22.) Accordingly, it is **ORDERED** that Plaintiff's Motion for Clerk's Default (Dkt. 23) is **DENIED as moot**.

**ORDERED** in Tampa, Florida, on September 9, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party